UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**U.S. MAGISTRATE JUDGE PAUL S. GREWAL**

**SETTLEMENT CONFERENCE PROCEDURES**

TO PLAINTIFF(S):

The plaintiff(s) shall serve a copy of these procedures on all other parties and file a certificate of service. If your case should settle before the scheduled conference, please notify the undersigned's courtroom deputy immediately.

TO ALL PARTIES AND COUNSEL OF RECORD:

Unless otherwise permitted in advance and in writing by the undersigned, lead counsel shall appear at the settlement conference together with persons having full authority to settle the case.

At least five court days before the settlement conference, the parties each shall lodge a paper copy of a settlement conference statement with the Clerk's Office (Room 2112) for forwarding to the undersigned. The parties also shall send by email a .pdf copy of the statement to the undersigned's courtroom deputy.

Copies of the settlement conference statements shall not be served upon the other parties or counsel. The court and its personnel will not permit other parties or counsel to have access to

these statements.

The settlement conference statement shall include the following:

1. A brief statement of the facts of the case;

2. A brief statement of the claims and defenses, including statutory or other grounds upon which the claims and defenses are founded, a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses, and a description of the major issues in dispute;

3. A summary of proceedings to date, including rulings on motions and any outstanding motions;

4. An estimate of the cost and time to be expended for further discovery, pretrial and trial;

5. A brief statement of the parties' undisputed facts and issues;

6. Any discrete issues that, if resolved, would aid in the disposition of the case;

7. The relief sought;

8. The parties' position on settlement, including present demands and offers and any history of past settlement discussions, offers, and demands.

Dated:   9/17/2012

*Paul S. Grewal*

PAUL S. GREWAL
United States Magistrate Judge